# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA PRATT,<br>       Plaintiff<br>v.<br><br>COMMONWEALTH OF<br>MASSACHUSETTS *et al*,<br>       Defendants | Civil Action No. 1:11-CV-11142 |

## NOTICE OF VOLUNTARY DISMISSAL

     Now comes Amanda Pratt, plaintiff in the above captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and dismisses without prejudice the above entitled action as to the Commonwealth of Massachusetts, defendant herein.

                                          Respectfully submitted,
                                          AMANDA PRATT,
                                          By her attorney,

                                          /s/ *Edward A. McNaught*
                                          Edward A. McNaught III, BBO # 672024
                                          Edward A. McNaught III, Attorney at Law
                                          1 Webb Street
                                          Danvers, MA 01923
                                          (781) 626-2322
                                          teddy@teddymcnaught.com

Dated: December 14, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ *Edward A. McNaught III*
                                                 Edward A. McNaught III